**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CATHERINE M. CHURCHWELL**                                                              **PLAINTIFF**

v.                              Case No. 4:18-cv-00430-KGB

**UNITED STATES OF AMERICA**                                                              **DEFENDANT**

## ORDER

      For the following reasons, the Court dismisses without prejudice plaintiff Catherine M. Churchwell's complaint (Dkt. No. 2).  The United States of America submitted a motion for summary judgment on April 7, 2020, to which Ms. Churchwell did not respond (Dkt. No. 12).  The United States also submitted a status report on May 11, 2020, and represented that the parties were in contact early in this case, but counsel for the United States lost contact with Ms. Churchwell prior to filing the status report (Dkt. No. 16).  Pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court dismisses without prejudice this case for failure to prosecute.  If, upon receipt of this Order, Ms. Churchwell wishes to file a motion to request that the Court reconsider its dismissal of this action for good cause, she may do so.  The Court denies as moot the United States' motion for summary judgment (Dkt. No. 12) and motion to file exhibit under seal (Dkt. No. 15).  The United States may refile the motions if the Court reopens this matter.

      It is so ordered this 9th day of June, 2020.

                                                                 Kristine G. Baker
                                                               United States District Judge