**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CATHERINE M. CHURCHWELL**                                                                  **PLAINTIFF**

**v.**                            **Case No. 4:18-cv-00430-KGB**

**UNITED STATES OF AMERICA**                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Catherine M. Churchwell's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 9th day of June, 2020.

_____
Kristine G. Baker
United States District Judge